**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  14-cv-03167-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)


WYATT T. HANDY JR.,

 Plaintiff,

v.

DR. TIONA,
DESIREÉ ANDREWS,
VALERIE BAZAR,
GREG WILKINSON,
DR. CALDWELL,
MARY CARNELL,
CORRECTIONAL HEALTH PARTNERS,
COLORADO DEPARTMENT OF CORRECTIONS,
CORRECTIONAL CORPORATION OF AMERICA, and
COMMUNITY EDUCATION CENTERS,

 Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

 Plaintiff, Wyatt T. Handy Jr., is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Cheyenne Mountain Re-Entry Center in Colorado Springs, Colorado.  Mr. Handy, acting *pro se*, initiated this action by filing a Prisoner Complaint that alleges a violation of his rights pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1343.   As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted document is deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order must include the civil

action number noted above in the caption of this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   X    is not submitted
(2)   ___  is missing affidavit
(3)   X    is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4)   ___  is missing certificate showing current balance in prison account
(5)   ___  is missing required financial information
(6)   X    is missing authorization to calculate and disburse filing fee payments
(7)   ___  is missing an original signature by the prisoner
(8)   ___  is not on proper form
(9)   ___  names in caption do not match names in caption of complaint, petition or habeas application
(10)  X    other: Plaintiff may in the alternative pay the $400 filing fee in full in advance

**Complaint, Petition or Application**:

(11)  ___  is not submitted
(12)  ___  is not on proper form
(13)  ___  is missing an original signature by the prisoner
(14)  ___  is missing page nos. ___
(15)  ___  uses et al. instead of listing all parties in caption
(16)  ___  names in caption do not match names in text
(17)  ___  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)  ___  other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (revised 10/1/12) (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED November 21, 2014, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge