**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03167-GPG

WYATT T. HANDY JR.,

     Plaintiff,

v.

DR. TIONA,
DESIREÉ ANDREWS,
VALERIE BAZAR,
GREG WILKINSON,
DR. CALDWELL,
MARY CARNELL,
CORRECTIONAL HEALTH PARTNERS,
COLORADO DEPARTMENT OF CORRECTIONS,
CORRECTIONAL CORPORATION OF AMERICA, and
COMMUNITY EDUCATION CENTERS,

     Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

     On January 12, 2014, Plaintiff filed a "Motion for Court to Direct the Clerk of the Court to Request a Waiver of Service," ECF No. 5.  The Motion is denied as premature

Dated:  January 13, 2015,

---