IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03167-GPG

WYATT T. HANDY JR.,

    Plaintiff,

v.

DR. TIONA,
DESIREÉ ANDREWS,
VALERIE BAZAR,
GREG WILKINSON,
DR. CALDWELL,
MARY CARNELL,
CORRECTIONAL HEALTH PARTNERS,
COLORADO DEPARTMENT OF CORRECTIONS,
CORRECTIONAL CORPORATIONS OF AMERICA, and
COMMUNITY EDUCATION CENTERS,

    Defendants.

## ORDER ASSIGNING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will proceed for further review pursuant to D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be assigned to District Judge Wiley Y. Daniel and to Magistrate Judge Michael E. Hegarty pursuant to D.C.COLO.LCivR 40.1(c)(1).

DATED January 21, 2015, at Denver, Colorado.

                                      BY THE COURT:

                                      s/Gordon P. Gallagher
                                      United States Magistrate Judge