IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 14-cv-03167-CMA-CBS        Date: April 22, 2015
Courtroom Deputy: Amanda Montoya         FTR – Reporter Deck-Courtroom A402

*Parties:*                               *Counsel:*

WYATT T. HANDY, JR.,                     *Pro se* (by phone)

Plaintiff,

v.

DESIREE ANDREWS, *et al.,*               Andrew Ringel
                                         Ann Smith
                                         Jacquelynn Rich Fredricks

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  STATUS CONFERENCE**
**Court in session: 11:14 a.m.**
Court calls case.  Appearances of counsel.

The Plaintiff filed an Amended Complaint within the allotted 21 days.

**ORDERED:**  In light of the filing of the Amended Complaint, the M*otions to Dismiss* [43], [46], and [50] and the Plaintiff's *MOTION [49] for Extension of Time* are **MOOT.**

Discussion regarding the claims asserted in the Amended Complaint.  Defendant Greg Wilkinson has not been served and Mr. Ringel cannot accept service on behalf of Mr. Wilkinson.  Mr. Ringel offers to seek to obtain addresses for Greg Wilkinson and Valerie Bazar.

**ORDERED:**  Mr. Ringel shall notify the court if Mr. Wilkinson and Ms. Bazar will allow him to waive service on their behalf.  If they do not allow him to waive service, Mr. Ringel may provide to the court under seal, the addresses of the defendants for service.

> *MOTION [19] Concerning Purported Service on Defendant Greg Wilkinson From Defendants Corrections Corporation of America, Susan Tiona and Desiree Andrews* is **DENIED.**

> *MOTION [33] for Court to Direct the Clerk of the Court to Serve Process on Defendants Community Education Centers (CEC) and CEC Defendants Dr. Caldwell and Mary Carnell* is **DENIED.**
>
> *Motion [34] FOR Extension of Time to Serve Process on the Unserved Defendants Greg Wilkerson and Valerie Bazar* is **DENIED.**

Mr. Handy will proceed with this case with the Amended Complaint currently on file.

**ORDERED:** All Defendants must file an answer to the Amended Complaint within 30 days of today. Mr. Handy must respond to the motions dismiss within 30 days of the motion being filed. Defendants will have 14 days to reply.

Discovery is STAYED pending completion of briefing on all motions to dismiss.

Hearing Concluded.

**Court in recess: 11:46 a.m.**
Time in court: 00:32

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.